

> So if you can provide that to me right now I can go and do damage control  12:35 PM

> I'm not sure if this first guy knows what's up yet but we still have time to pacify him

> So pls get me names of those affected and the dollar amounts  12:36 PM

I will do that.  12:37 PM

> ok when can I get it?  12:38 PM

ASAP  12:38 PM

I wish not to involve anyone but you and I please  12:39 PM

> Yes me too. But please send right now because like I said we need to move fast  12:39 PM

Last data feed provided to A is accurate  12:40 PM

> What do you mean? I need the list of names of people and total dollar amount

> not our investor list  12:40 PM

That is the ref point. I will call and ask the best way to provide the data  12:40 PM

**B** B

**B:** This was not an ongoing practice. 12:41 PM

**Me:** How many people are there 12:41 PM

**B:** A few. 3-5.

**B:** Amount 750 12:43 PM

**Me:** Ok pls send the list of names/or emails asap 12:43 PM

**B:** Yes, I understand it is urgent 12:44 PM

**B:** I will start the process now. 12:45 PM

**Me:** What I will probably do is add them to the cap table and transfer my personal stock to them. So I need to know every person pls in order to have a full resolution. 12:46 PM

**B:** Ok. 12:48 PM

**B:** Some I know the share count 12:55 PM

**B:** Only

**B:** For example Lanny Davis 400k shares 12:56 PM

**B:** Li Sun - she put in 200k but she was placed as 300k 12:57 PM

**B:** Advaney Trust. First name is Suraj. 12:58 PM

**2:23**  B B

> Vinpul. He put 111k I think the rest is bs.
> 1:00 PM

> Vipul, Advaney, Li Sun should be refunded since their share price is 7 cents but that would be up to you to decide how we resolve this.
> 1:01 PM

>> Is that everyone  1:02 PM

> There are 3 more but they were provided via better conversion rate on the notes and not sales.

> Li Sun and Lanny are also not sales  1:03 PM

>> What are the other 3 names

>> And if not sales what does that mean  1:06 PM

> No transaction data  1:07 PM

>> I don't understand  1:07 PM

> Means they are not aware of how it is done
> 1:07 PM

>> So these other people knew what was going on and were in on it?  1:09 PM

> You have 3 sets of issues:

2:23

B B

**You have 3 sets of issues:**

1. Investor increased or placed an amount that was not deposited in company account by shares were issued. They were not aware of intermediate company
2. Person signed transfer docs
3. Person paid partial

Nobody else but I.   1:11 PM

Group 2,3 knew they are not dealing with Boxabl directly
1:12 PM

Ok. Are you able to make a quick spreadsheet and send me a screenshot of it that has the emails of those people and which category they fall into.
1:13 PM

The most important thing is just for me to get a complete list of those affected, and to know the details so I can approach them tactfully
1:14 PM

No need to approach any of them   1:14 PM

Only issue is with Vipul because A freaked him out

The rest would be resolved as long as you know so that you are aware if A asks you a question.
1:15 PM

Data in KoreConX is outdated and not

Message

B B

> Data in KoreConX is outdated and not accurate. Investor lookup should be done based on the data feed provided to A so there is no issues.
> 1:17 PM

Ok can you make the spreadsheet w the info? I have to know the details to figure it out
1:18 PM

> **B**
> Data in KoreConX is outdated and not accurate. Investor lookup should be done ba...
>
> I say this not in red to this situation but in general
> 1:18 PM

And what does "person paid partial" mean?
1:21 PM

> Take file from A and upload to your Google Docs and share here a link allowing access to anyone with the link. I will highlight all issues and provide data what it is, what is should have been and a note
> 1:21 PM

> Partial is if they paid 7 or 15 cents to box but still signed as if it were transfer.
> 60m

I can't send any data to you but please just go through your email or records and send me the full list of names

Who where the other 3 you didn't ment...
59m

Message

**You**
I can't send any data to you but please just go through your email or records and send me t…

Why? — 59m

Obviously can't sent you our investor list after this! — 58m

That is the file I provided to her — 58m

Oh ok — 57m

When was it sent to her — 56m

It is the data feed for TransferOnline. I send her the convertible note table after that. Best to put both files on did tabs that way you can cross ref in case you need to

So last two files that were send to her on WhatsApp — 55m

Can you resend? — 55m

She has them

If she does not, I will fed to you

Fwd — 54m

Yes can you pls — 54m

**2:23**

B B

**As soon as I have access I will.** 53m

**Ok keep me posted**

**And can you tell me the other 3 names?** 52m

**David Punnet, Caroline Weiss, Ezequiel Azar** 48m

**Ok so is that all the names?** 47m

**I also replaced Pasqual Derobertis with Patric Chan (Chan Trust)**

**From the reg A series A** 47m

**Is one is a scary one because this is a gov official...** 45m

**Who is** 45m

**DeRobertis** 45m

**When you say replaced, what does that mean** 44m

**He is not on the cap table currently but needs to be**

**I renames the record**

**Renamed the line item**

Message

**2:23**

B B

**Renamed the line item**

**$2560**
44m

> So did Caroline Weis know that she sent you money and under what pretense did she send you the money instead of boxabl
> 43m

**there needs to be a line item added to place him back as he was originally** 43m

> **You**
> So did Caroline Weis know that she sent you money and under what pretense did she sen...

**It was done with all the same way** 42m

> In what way? 41m

**They wanted a better price were willing to do it** 41m

> Why did she think she was sending you money and not the company?

> How did you explain to her that 41m

**She did send money to company** 40m

> She sent some to the company but some to you, how was that be explained to h...
> 40m

Message

**2:24**

B B

> She sent some to the company but some to you, how was that be explained to her
> 40m

She and anyone that asked thought I was exercising options
40m

> ok 40m

so they had to pay company exercise amount
39m

> Ok 39m

I have developed personal relationships with all these people.
38m

In fact with all that call me. 37m

📞 Unanswered voice call · 1:46 PM

Call Again

You want me to call you? 35m

> If you want or we can text 35m

I am beyond embarrassed to even shed a word.
34m

I would like to share with you the circumstances but I know they are of no

Case 1:23-cv-03581-JPO  Document 9-4  Filed 06/28/23  Page 10 of 13

**2:24**

B B

> I would like to share with you the circumstances but I know they are of no value. One day I hope to be able to do that.
> 33m

Ok please make that spreadsheet or re send to her
28m

> Who will be aware of the situation? 28m

> I assume you dad will have to find out and Bob?
> 27m

Right now Alexis and I

Will see if we can clean it up 27m

> I think that your dad and Bob would not consider any pass on this. And I would understand. And I understand you want to hang me too. I will find a way to repay you this gesture.
> 25m

> I do not think A should be very involved. I would rather it be just you.
> 24m

We never used your cap table our controller made a new one from the raw data for the new transfer agent 23m

> Ok 23m

> I doubt he redid all convertible nots from

Message

**2:24**

B B

> I would like to share with you the circumstances but I know they are of no value. One day I hope to be able to do that.
> 33m

Ok please make that spreadsheet or re send to her
28m

> Who will be aware of the situation? 28m

> I assume you dad will have to find out and Bob?
> 27m

Right now Alexis and I

Will see if we can clean it up 27m

> I think that your dad and Bob would not consider any pass on this. And I would understand. And I understand you want to hang me too. I will find a way to repay you this gesture.
> 25m

> I do not think A should be very involved. I would rather it be just you.
> 24m

We never used your cap table our controller made a new one from the raw data for the new transfer agent 23m

> Ok 23m

> I doubt he redid all convertible nots from

Message



2:24

B B

Keep in mind there are errors with FA data

Nothing to do with me  22m

What errors  22m

But there were a fee transaction that were nor right  22m

One person was double closed (double charged) somehow but share count was for now so share price appeared double

We had talked to the person and he decided to keep the charge and get the extra shares  21m

Ok  20m

Also there were a few that paid direct to boxabl and never went through FA  20m

Ok  20m

I can think of 2 cases off the top of my head  20m

One was for 60k and one for 50k

Fund did go direct to company so you would have discrepancy if you only go by FA data  19m

Message